## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 289 MAL 2021

           Respondent               :

                                    :    Petition for Allowance of Appeal

                                    :    from the Order of the Superior Court

           v.                           :

                                    :

OSCAR DUNN III,                       :

                                    :

                 Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 9th day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.  Further, the Application for Leave to file *Amicus* Brief is **DENIED** as moot.